IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:22-CR-00080-BCW |
| | ) | |
| ALONZO MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge Morris's Report and Recommendation (Doc. #47) denying Defendant's motion to suppress all evidence and incriminating statements obtained as a result of his alleged illegal detention and subsequent arrest. (Doc. #22).

On September 15, 2023, Judge Morris held an evidentiary hearing on the motion to suppress. (Doc. #42). On November 2, 2023, Judge Morris issued the instant Report and Recommendation denying Defendant's motion. (Doc. #47). On November 22, 2023, after receiving an extension of time by the Court, Defendant filed objections to the Report and Recommendation (Doc. #53).

After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Morris's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #47), Defendant's motion to suppress (Doc. #22) is DENIED. It is further

1

ORDERED that Magistrate Judge Morris's Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: December 1, 2023

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT