IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:22-CR-00080-BCW |
| | ) | |
| ALONZO MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge Morris's Report and Recommendation (Doc. #46) denying Defendant's motion to dismiss the felon in possession charge under 18 U.S.C. § 922(g)(1). (Doc. #23).

On August 4, 2023, Defendant filed its motion to dismiss. (Doc. #23). On August 18, 2023, the Government filed its suggestions in opposition (Doc. #24), and Defendant replied on September 1, 2023. (Doc. #27). On October 25, 2023, Judge Morris issued the instant Report and Recommendation denying Defendant's motion. (Doc. #46). On November 8, 2023, Defendant filed objections to the Report and Recommendation (Doc. #48).

After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Morris's legal analysis and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #46), Defendant's motion to dismiss the felon in possession under 18 U.S.C. § 922(g)(1) (Doc. #23) is DENIED. It is further

1

ORDERED that Magistrate Judge Morris's Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: <u>December 1, 2023</u>

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT